**REESE RICHMAN LLP**
Michael R. Reese (Cal. State Bar No. 206773)
Kim E. Richman
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone: (212) 579-4625
Facsimile: (212) 253-4272
Email: michael@reeserichman.com
        kim@reeserichman.com

**WHATLEY DRAKE & KALLAS LLC**
Deborah Clark-Weintraub
1540 Broadway, 37th Floor
New York, New York 10036
Telephone: (212) 447-7070
Facsimile: (212) 447-7077
Email: dweintraub@wdklaw.com

*Attorneys for Plaintiff and the Proposed Class*

**KIRKLAND & ELLIS LLP**         *E-FILED - 7/16/09*
Jeffrey L. Willian, P.C.
Robert B. Ellis, P.C.
Nickolas Kacprowski, Cal. State Bar No. 242684
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Counsel for Defendant*

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE KOH, on behalf of himself and all others similarly situated,<br><br>              Plaintiff,<br><br>     vs.<br><br>SC JOHNSON & SON, INC.,<br><br>              Defendant. | Case No.: 09-cv-00927 (RMW)<br><br>**STIPULATION AND [] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS** |

- 1 -

Plaintiff Wayne Koh ("Plaintiff") and Defendant S.C. Johnson & Son ("Defendant")(collectively the "Parties") hereby agree and stipulate to the following:

WHEREAS Plaintiff Wayne Koh filed the above-captioned action on March 3, 2009;

WHEREAS on May 1, 2009, Plaintiff filed an amended Complaint ("Amended Complaint") adding additional claims;

WHEREAS the Parties previously stipulated the time for Defendant to answer or otherwise respond to the Amended Complaint was extended to June 30, 2009;

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. Defendant will file its Motion to Dismiss the Amended Complaint by July 7, 2009.

2. Plaintiff will file his Opposition to the Motion to Dismiss by August 14, 2009; and

3. Defendant will file its Reply by September 14, 2009.

AGREED TO AND STIPULATED BY:

| | |
|---|---|
| **REESE RICHMAN LLP** | **KIRKLAND & ELLIS LLP** |
| */s/ Michael Reese* (with permission)<br>Michael R. Reese<br>Kim E. Richman<br>875 Avenue of the Americas, 18th Floor<br>New York, New York 10001<br>Telephone: (212) 579-4625<br>Facsimile: (212) 572-4272 | */s/ Nickolas Kacprowski*<br>Jeffrey L. Willian, P.C.<br>Robert B. Ellis, P.C.<br>Nickolas Kacprowski<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200 |
| **WHATLEY DRAKE & KALLAS, LLC**<br>Deborah Clark-Weintraub<br>1540 Broadway – 37th Floor<br>New York, New York 10036<br>Telephone: (212) 447-7070<br>Facsimile: (212) 447-7077 | June 29, 2009<br><br>*Counsel for Defendant* |
| Dated: June 29, 2009<br><br>*Counsel for Plaintiff* | |

SO ORDERED THIS 16 of July, 2009

*Ronald M. Whyte*
Hon. Ronald M. Whyte