**REESE RICHMAN LLP**
Michael R. Reese (Cal. State Bar. No. 206773)
Kim E. Richman
Belinda L. Williams
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone:  (212) 643-0500
Facsimile:   (212) 253-4272
michael@reeserichman.com
kim@reeserichman.com
belinda@reeserichman.com

*Counsel for Plaintiff and the Proposed Class*

**KIRKLAND & ELLIS LLP**
Jeffrey L. Willian
Robert B. Ellis
Bradley H. Weidenhammer
Nickolas Kacprowski (Cal. State Bar No. 242684)
300 North La Salle
Chicago, Ilinois 60654
Telephone:  (312) 862-2000
Facsimile:   (312) 862-2200

*Counsel for Defendant*

*__E-FILED - 2/2/10__*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| WAYNE KOH, Individually And On Behalf Of All Others Similarly Situated,<br><br>                                     Plaintiff,<br><br>     vs.<br><br>SC Johnson & Son, Inc..,<br><br>                                     Defendant. | Case No. 09-cv-00927 (RMW)<br><br>**STIPULATION AND []<br>ORDER EXTENDING DISCOVERY<br>CUT-OFF AND RELATED DATES** |
|---|---|

Plaintiff Wayne Koh ("Plaintiff") and defendant SC Johnson & Son, Inc. ("Defendant") (collectively the "Parties") hereby stipulate to the following discovery schedule. The Parties also hereby respectfully request that the Court order the stipulated schedule.

**STIPULATION**

WHEREAS, on July 10, 2009, the Court entered the following schedule (Dkt. 28):

| | |
|---|---|
| Discovery cut-off: | January 8, 2010 |
| Disclosure of experts: | February 8, 2010 |
| Expert discovery cut-off: | March 12, 2010 |
| Pretrial Conference: | May 13, 2010 at 2:00 p.m. |
| Jury Trial: | June 7, 2010 at 1:30 p.m. |

WHEREAS, though the Parties have been engaging in discovery they realize that they need additional time to complete discovery than allowed by the current schedule; and

WHEREAS, the Parties estimate they need an extension of one hundred eighty (180) days to complete discovery.

THE FOLLOWING SCHEDULE, UPON PERMISSION OF THE COURT, IS AGREED TO BY THE PARTIES:

| | |
|---|---|
| Discovery cut-off: | July 8, 2010 |
| Disclosure of experts: | August 6, 2010 |
| Expert discovery cut-off: | September 10, 2010 |
| Pretrial Conference: | November 4, 2010 at 2:00 p.m. |
| Jury Trial: | December 6, 2010 at 1:30 p.m. |
| Last Day to Hear Dispositive Motions: | October 1, 2010 at 9:00 a.m. |

1    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2  DATED: December 21, 2009

**REESE RICHMAN LLP**

*Michael R. Reese*
Michael R. Reese
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

*Counsel for Plaintiff and the Proposed Class*

DATED: December 21, 2009

**KIRKLAND & ELLIS LLP**

*/s/ Bradley H. Weidenhammer* (with permission)
Bradley H. Weidenhammer
300 North La Salle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Counsel for Defendant SC Johnson & Son, Inc.*

**[] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 2/2/10                    _____
                                  Ronald M. Whyte
                                  United States District Judge

---

STIPULATION AND [] ORDER EXTENDING SCHEDULE
Case No. 09-cv-00927 (RMW)                                         2