1    REESE RICHMAN LLP
     Michael R. Reese (Cal. State Bar. No. 206773)
2    Kim E. Richman
     Belinda L. Williams
3    875 Avenue of the Americas, 18th Floor
     New York, NY 10001
4    Telephone:     (212) 643-0500
     Facsimile      (212) 253-4272
5
     *Attorneys for Plaintiff and the Proposed Class*
6
     KIRKLAND & ELLIS LLP
7    Jeffrey Willian, P.C. (*Pro Hac Vice*)
     Robert B. Ellis, P.C. (*Pro Hac Vice*)
8    Bradley H. Weidenhammer (*Pro Hac Vice*)
     Nickolas A. Kacprowski (Cal. State Bar. No. 242684)       ***E-FILED - 6/23/10***
9    Amy E. Crawford
     300 North LaSalle Street
10   Chicago, IL 60654
     Telephone:     (312) 862-2000
11   Facsimile:     (312) 862-2200

12   *Attorneys for Defendant S.C. Johnson & Son, Inc.*

13                  IN THE UNITED STATES DISTRICT COURT
14              FOR THE NORTHERN DISTRICT OF CALIFORNIA
                            SAN JOSE DIVISION
15

16   WAYNE KOH, on behalf of himself and all      Case No.: 09-cv-00927 RMW
     others similarly situated
17
                      Plaintiff,
18                                                **STIPULATION AND [] ORDER
            vs.                                   ESTABLISHING DISCOVERY AND
19                                                BRIEFING SCHEDULE**
     S.C. JOHNSON & SON, INC.,
20
                      Defendant.
21

22

23                     STIPULATION AND [] ORDER

24         ESTABLISHING DISCOVERY AND BRIEFING SCHEDULE

25          Pursuant to Local Rule 6-1(b), Plaintiff Wayne Koh and Defendant SC Johnson & Son, Inc.

26   (collectively, the "Parties"), by their attorneys, hereby stipulate to the following schedule.  The

27   Parties also hereby respectfully request that the Court order the stipulated schedule:

28
     Stipulation and [] Order Establishing               Case No. 09-cv-00927 RMW
     Discovery and Briefing Schedule

## STIPULATION

WHEREAS, on February 2, 2010, the Court entered the following schedule (Dkt. 50);

| | |
|---|---|
| Discovery cut-off: | July 8, 2010 |
| Disclosure of experts: | August 6, 2010 |
| Expert discovery cut-off: | September 10, 2010 |
| Pretrial Conference: | November 4, 2010 at 2:00 p.m. |
| Jury Trial: | December 6, 2010 at 1:30 p.m. |
| Last Day to Hear Dispositive Motions: | October 1, 2010 at 9:00 a.m. |

WHEREAS, though the Parties have been engaging diligently in discovery, they realize that they need additional time to complete discovery;

WHEREAS, the Parties agree that additional time is needed for purposes of conducting briefing on class certification and dispositive motions than that allowed by the current schedule;

WHEREAS, the Parties have, to date, requested a single sixty (60) day extension of the discovery deadline and trial date, which was granted by the Court on February 2, 2010;

WHEREAS, the Parties estimate that they need an additional one hundred and twenty (120) days to complete discovery and conduct briefing on class certification and summary judgment;

THE FOLLOWING SCHEDULE, UPON PERMISSION OF THE COURT, IS AGREED TO BY THE PARTIES:

**Class Certification Briefing:**

| | |
|---|---|
| Plaintiff's motion for class certification: | August 2, 2010 |
| Defendant's response to motion for class certification: | September 16, 2010 |
| Plaintiff's reply in support of motion for class certification: | October 14, 2010 |

**Discovery:**

| | |
|---|---|
| Fact discovery cut-off: | October 12, 2010 |
| Plaintiff's expert reports due: | October 19, 2010 |
| Depositions of plaintiff's experts: | November 2, 2010 |

| | |
|---|---|
| Defendant's expert reports due: | November 16, 2010 |
| Depositions of defendant's experts: | December 3, 2010 |

**Summary Judgment Briefing:**

| | |
|---|---|
| Motions for summary judgment: | November 19, 2010 |
| Responses to motions for summary judgment: | December 20, 2010 |
| Replies in support of motions for summary judgment: | January 19, 2011 |
| Last Day to Hear Dispositive Motions: | February 4, 2011, at 9:00 a.m. |

**Trial:**

| | |
|---|---|
| Pretrial Conference: | March 10, 2011 at 2:00 p.m. |
| Jury Trial: | April 4, 2011 at 1:30 p.m. |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:          May 18, 2010

**REESE RICHMAN LLP**


*/s/ Michael R. Reese (with permission)*
Michael R. Reese
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone:      (212) 643-0500
Facsimile:       (212) 253-4272


**KIRKLAND & ELLIS LLP**


*/s/ Nickolas A. Kacprowski*
Nickolas A. Kacprowski, Bar No. 242684
555 California Street
San Francisco, CA 94104
Telephone:      (415) 439-1400
Facsimile:       (415) 439-1500

Jeffrey L. Willian, P.C. (*Pro Hac Vice*)
Robert B. Ellis, P.C. (*Pro Hac Vice*)
Bradley H. Weidenhammer (*Pro Hac Vice*)
300 North LaSalle Street
Chicago, IL 60654
Telephone:      (312) 862-2000
Facsimile:       (312) 862-2200

1

**[] ORDER**

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

**DATED:**   6/23/10

4

5

*Ronald M. Whyte*

6

Ronald M. Whyte
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of the foregoing document either via the CM/ECF system and Electronic Mail on May 18, 2010, or via overnight delivery (Federal Express) to the non-CM/ECF participants.

Michael R. Reese
Kim E. Richman
REESE RICHMAN LLP
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone: (212) 579-4625
Facsimile: (212) 253-4272
*Attorneys for Plaintiff Koh*

Deborah Clark-Weintraub
WHATLEY DRAKE & KALLAS LLC
1540 Broadway, 37 Floor
New York, New York 10036
Telephone: (212) 447-7070
Facsimile: (212) 447-7077
*Attorneys for Plaintiff Koh*

Date:   May 18, 2010

                                        */s/ Nickolas A. Kacprowski*
                                        KIRKLAND & ELLIS LLP
                                        Nickolas A. Kacprowski, Bar No. 242684
                                        555 California Street
                                        San Francisco, CA 94104
                                        Telephone:   (415) 439-1400
                                        Facsimile:   (415) 439-1500

                                        *Attorneys for SC Johnson & Son, Inc.*