1
2
3
4
5
6 .
7
8

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

9

| | |
|---|---|
| WAYNE KOH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SC JOHNSON & SON, INC.,<br><br>Defendant. | Case No.: 09-cv-00927 (RMW)<br><br>Judge Ronald M. Whyte<br><br>**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:       March 4, 2011<br>Time:      9:00 a.m.<br>Location: Courtroom 6, 4th Floor |

FOR GOOD CAUSE shown by Defendant S.C. Johnson & Son, Inc., namely that the Exhibits to the Reese Declaration are comprised of confidential business emails sent internally and/or to SC Johnson's marketing and advertising vendors; proprietary consumer research and consumer data; confidential communications with the EPA's Design for the Environment program and related internal strategy emails regarding product formulas; internal marketing guidelines or summaries of proposed marketing strategies; and confidential information in discovery pleadings, all of which constitute confidential commercial information under Fed. R. Civ. P. 26(c), and which, if disclosed, would prejudice SC Johnson by placing it at a competitive disadvantage, the Court hereby orders the following filed under seal:

- 2 -

**Plaintiff's Motion for Class Certification**

page 2, lines 22-28

page 3, lines 1-4, 9-28

page 4, lines 1, 7-10, 19-28

page 5, lines 1-28

page 6, lines 1-6, 24-25

page 7, lines 1-5, 12-23

page 8, lines 6-9, 11-17

page 9, lines 7-28

page 10, lines 1-19

page 13, lines 16-18

page 14, lines 18-20

page 21, lines 17-27

**Declaration of Michael R. Reese in Support of Motion for Class Certification**

Exhibits A, B, portions of D, E, F, G, H, K, L, M, N, O, P, Q, R, S, and T.

Dated:  December 10, 2010

*/s/ Ronald M. Whyte*
Hon. Ronald M. Whyte
U.S. District Court Judge