**KIRKLAND & ELLIS LLP**  ** E-filed January 26, 2011 **
Nickolas A. Kacprowski, Bar. No. 242684
nickolas.kacprowski@kirkland.com
555 California Street
San Francisco, CA 94104
Telephone:   (415) 439-1400
Facsimile:   (415) 439-1500

Jeffrey L. Willian, P.C. (admitted *pro hac vice*)
jeffrey.willian@kirkland.com
Robert B. Ellis, P.C. (admitted *pro hac vice*)
robert.ellis@kirkland.com
Bradley H. Weidenhammer (admitted *pro hac vice*)
bradley.weidenhammer@kirkland.com
300 North LaSalle Street
Chicago, IL 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200

*Counsel for Defendant S.C. Johnson & Son, Inc*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| WAYNE KOH, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>S.C. JOHNSON & SON, INC.,<br><br>    Defendant. | Case No.: 09-cv-00927 RMW<br><br>[~~PROPOSED~~] **ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Hearing Date: ~~Jan. 4~~ Feb. 1, 2011<br>Time: 10:00 a.m.<br>Place: Courtroom 2, 5th Floor<br>Magistrate Judge: Howard R. Lloyd |

FOR GOOD CAUSE shown by Defendant S.C. Johnson & Son, Inc., namely_____

_____

_____

the Court hereby orders the following filed under seal:

**Defendant's Opposition To Plaintiff's Motion to Quash Subpoenas**

Page 2, lines 16-17

Page 2, lines 24-25

Page 9, lines 14-17

Page 9, lines 18-22

Page 10, lines 3-5

**Declaration of Nickolas Kacprowski in Support of Defendant's Opposition To Plaintiff's Motion to Quash Subpoenas**

Exhibits B & C

**IT IS SO ORDERED,**

Dated: ~~December 13, 2010~~ January 26, 2011

~~Hon. Ronald M. Whyte~~
~~U.S. District Court Judge~~
~~Magistrate Judge Howard R. Lloyd~~
HOWARD R. LLOYD
United States Magistrate Judge