\*\* E-filed April 27, 2011 \*\*

**REESE RICHMAN LLP**
Michael R. Reese (Cal. State Bar. No. 206773)
Kim E. Richman
Belinda L. Williams
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone:   (212) 643-0500
Facsimile     (212) 253-4272

*Attorneys for Plaintiff and the Proposed Class*

**KIRKLAND & ELLIS LLP**
Jeffrey Willian, P.C.
Robert B. Ellis, P.C.
Bradley H. Weidenhammer
Nickolas A. Kacprowski (Cal. State Bar. No. 242684)
Amy E. Crawford
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200

*Attorneys for Defendant S.C. Johnson & Son, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| WAYNE KOH, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>S.C. JOHNSON & SON, INC.,<br><br>Defendant. | Case No.: 09-cv-00927 RMW<br><br>**STIPULATION AND [PROPOSED] ORDER POSTPONING HEARING ON PLAINTIFF'S MOTION TO COMPEL AS MODIFIED BY THE COURT**<br><br>**Current Date:** May 3, 2011<br><br>**New Proposed Date:** June 21, 2011 |

Plaintiff Wayne Koh and Defendant SC Johnson & Son, Inc. (collectively, the "Parties"), by their attorneys, hereby stipulate, contingent upon permission of the Court, to the following postponement of the hearing before Magistrate Judge Lloyd on Plaintiff's Motion to Compel Production of Documents Withheld on Grounds of Attorney-Client Privilege and/or Attorney Work Product (Dkt. 93) ("Plaintiff's Motion to Compel") from May 3, 2011 to June 23, 2011.

Stipulation and [Proposed] Order Postponing Hearing         Case No. 09-cv-00927 RMW

# STIPULATION

WHEAREAS, the Parties recently entered serious settlement negotiations, and are in the process of retaining a private mediator; and

WHEREAS, the Parties expect to meet with the private mediator in late May or early June, 2011;

WHEREAS, the Parties believe that it is in the best interest of efficiency and judicial economy if they focus their efforts to determine if the matter can be settled at this point without further discovery and motion practice;

WHEREAS, the Parties believe a postponement of the hearing on Plaintiff's Motion to Compel from the currently scheduled date of May 3, 2011 to June 23, 2011 will allow the Parties enough time to focus on mediation and achieve judicial economy.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD, CONTINGENT UPON PERMISSION OF THE COURT, THAT:

The hearing date on Plaintiff's Motion to Compel (Dkt. 93) is postponed from 10:00 a.m. on May 3, 2011 to 10:00 a.m. on June 21, 2011.

**REESE RICHMAN LLP**

Dated: April 27, 2011

*/s/ Michael R. Reese*
Michael R. Reese
875 Avenue of the Americas, 18th Floor
New York, New York 10001

**KIRKLAND & ELLIS LLP**

Dated: April 27, 2011

*/s/ Jeffrey L. Willian*
Jeffrey L. Willian
Robert B. Ellis
Bradley H. Weidenhammer
300 North LaSalle Street
Chicago, Illinois 60654

as modified by the Court

**ORDER** The motion hearing is continued to Tuesday, June 21, 2011 at 10:00 a.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**DATED:** April 27, 2011

Howard R. Lloyd
United States Magistrate Judge

Stipulation and Order    -2-    Case No. 09-cv-00927 RMW