**KIRKLAND & ELLIS LLP**
Nickolas A. Kacprowski, Bar. No. 242684
nickolas.kacprowski@kirkland.com
555 California Street
San Francisco, CA 94104
Telephone:     (415) 439-1400
Facsimile:       (415) 439-1500

Jeffrey L. Willian, P.C. (admitted *pro hac vice*)
jeffrey.willian@kirkland.com
Robert B. Ellis, P.C. (admitted *pro hac vice*)
robert.ellis@kirkland.com
Bradley H. Weidenhammer (admitted *pro hac vice*)
bradley.weidenhammer@kirkland.com
300 North LaSalle Street
Chicago, IL 60654
Telephone:     (312) 862-2000
Facsimile:       (312) 862-2200

*Counsel for Defendant S.C. Johnson & Son, Inc*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| WAYNE KOH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>S.C. JOHNSON & SON, INC.,<br><br>Defendant. | Case No.: 09-cv-00927 RMW<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Hearing Date: May 27, 2011<br>Time: 9:00 a.m.<br>Place: Courtroom 6, 4th Floor<br>Judge: Ronald M. Whyte |

FOR GOOD CAUSE shown by Defendant S.C. Johnson & Son, Inc., the Court hereby orders the following filed under seal:

**Defendant's Opposition To Plaintiff's Motion for Class Certification**

Page 2, lines 4-5

Page 2, lines 17-18

Page 4, lines 2-4

Page 4, lines 27-28

Page 5, lines 1-14

Page 5, lines 25-26

Page 10, lines 19-28

Page 12, lines 22-23

Page 13, line 1

Page 14, lines 10-15

Page 14, lines 18-23

Page 21, lines 15-18

**Declaration of Bradley Weidenhammer in Support of Defendant's Opposition to Plaintiff's Motion for Class Certification**
Exs. 1, 3, 4, 6, 13, 15, 35, 38.

**Declaration of Rema Waugh**
Declaration and Exs. F, G, H, I, J.

**Declaration of Matthew Lantier**
Declaration and Exs. A, B, C, D, E.

**Declaration of Robert R. Reents**
Declaration and Ex. C.

**Declaration of Paul T. Neal**
Declaration.

**IT IS SO ORDERED,**

Dated: May 2, 2011

_Ronald M. Whyte_
Hon. Ronald M. Whyte
U. S. District Court Judge
Magistrate Judge Howard R. Lloyd