REESE RICHMAN LLP
Michael R. Reese (Cal. State Bar. No. 206773)
Kim E. Richman
Belinda L. Williams
875 Avenue of the Americas, 18th Floor
New York, NY 10001
Telephone:   (212) 643-0500
Facsimile    (212) 253-4272

** E-filed June 20, 2011 **

*Attorneys for Plaintiff and the Proposed Class*

KIRKLAND & ELLIS LLP
Jeffrey Willian, P.C. (*Pro Hac Vice*)
Robert B. Ellis, P.C. (*Pro Hac Vice*)
Bradley H. Weidenhammer (*Pro Hac Vice*)
Nickolas A. Kacprowski (Cal. State Bar. No. 242684)
300 North LaSalle Street
Chicago, IL 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200

*Attorneys for Defendant S.C. Johnson & Son, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| WAYNE KOH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>S.C. JOHNSON & SON, INC.,<br><br>Defendant. | Case No.: 09-cv-00927 RMW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO COMPEL** |

**STIPULATION AND [PROPOSED] ORDER
CONTINUING HEARING ON PLAINTIFF'S MOTION TO COMPEL**

Pursuant to Civil L.R. 6-2, plaintiff Wayne Koh and defendant SC Johnson & Son, Inc. (collectively, the "Parties"), by their attorneys, hereby stipulate, contingent upon permission of the Court, to continue the hearing on plaintiff's motion to compel production of certain documents over which SC Johnson asserts privilege (Docket No. 93), from June 21, 2011 at 10:00 a.m. to July 12,

2011 at 10:00 a.m.  At this time, the parties believe it is in the interests of efficiency and judicial economy to work further toward settlement, which would obviate the need for such hearing.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:    June 17, 2011

**REESE RICHMAN LLP**

*/s/ Michael R. Reese*
Michael R. Reese
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone:    (212) 643-0500
Facsimile:     (212) 253-4272

**KIRKLAND & ELLIS LLP**

*/s/ Bradley H. Weidenhammer*
Nickolas A. Kacprowski, Bar No. 242684
555 California Street
San Francisco, CA 94104
Telephone:    (415) 439-1400
Facsimile:     (415) 439-1500

Jeffrey L. Willian, P.C. (*Pro Hac Vice*)
Robert B. Ellis, P.C. (*Pro Hac Vice*)
Bradley H. Weidenhammer (*Pro Hac Vice*)
300 North LaSalle Street
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**DATED:** June 20, 2011

_____
~~Ronald M. Whyte~~
~~United States District Judge~~
HOWARD R. LLOYD
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO COMPEL on this day, June 17, 2011, to be served upon the following counsel by way of the CM/ECF electronic filing system.

**REESE RICHMAN LLP**
Michael R. Reese
Kim E. Richman
875 Avenue of the Americas, 18th Floor
New York, NY 10001
Telephone:   (212) 579-4625
Facsimile:   (212) 253-4272
Email: mreese@reeserichman.com

**WHATLEY DRAKE & KALLAS LLC**
Deborah Clark-Weintraub
1540 Broadway, 37th Floor
New York, NY 10036
Telephone:   (212) 447-7070
Facsimile:   (212) 447-7077
Email: dweintraub@wdklaw.com

*Attorneys for Plaintiff*

Dated: June 17, 2011         */s/ Bradley H. Weidenhammer*
                             KIRKLAND & ELLIS LLP
                             Nickolas A. Kacprowski, Bar No. 242684
                             555 California Street
                             San Francisco, CA 91404
                             Telephone:   (415) 439-1400
                             Facsimile:   (415) 439-1500

                             Jeffrey L. Willian, P.C.
                             Robert B. Ellis, P.C.
                             Bradley H. Weidenhammer
                             Amy E. Crawford
                             300 North LaSalle Street
                             Chicago, IL 60654
                             Telephone:   (312) 862-2000
                             Facsimile:   (312) 862-2200
                             *Counsel for SC Johnson & Son, Inc.*